No. 485. FOOD FAIR STORES, INC. *v.* SQUARE DEAL MARKET CO., INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *H. Douglas Weaver* and *Donald E. Van Koughnet* for

938

petitioner. *Bernard Margolius, Joseph B. Danzansky* and *Carleton U. Edwards II* for respondent. 

